of Appeals for the Seventh Circuit denied.

No. 769.   CAGE ET AL. v. ILLINOIS;

No. 772.   ROBINSON v. RAGEN, WARDEN; and

No. 773.   PISKORZ v. RAGEN, WARDEN.   December 23, 1946.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 774.   HESKETT v. RAGEN, WARDEN.   December 23, 1946.   Petition for writ of certiorari to the Circuit Courts of Winnebago and Will Counties, Illinois, denied.

No. 775.   DEADWYLER v. RAGEN, WARDEN.   December 23, 1946.   Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois, denied.

No. 776.   POPPE v. ILLINOIS.   December 23, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 288.   RICHARDSON ET AL. v. KELLY, RECEIVER. January 6, 1947.   Petition for writ of certiorari to the Supreme Court of Texas denied.   *John M. Scott* for petitioners.   *Charles L. Black* for respondent.

No. 525.   COTNEY v. ALABAMA.   January 6, 1947.   Petition for writ of certiorari to the Court of Appeals of